# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

May 13, 2013
Amended May 16, 2013

Before

FRANK H. EASTERBROOK, *Chief Judge*

| | | |
|---|---|---|
| **No**. 12-1439 | | Appeal from the United States District Court for the Southern District of Indiana, Terre Haute Division. |
| ROYCE BROWN, *Petitioner-Appellant*, | | |
| **v.** | | No. 2:12-cv-28-WTL-WGH William T. Lawrence, *Judge*. |
| JOHN F. CARAWAY, Warden, *Respondent-Appellee*. | | |

## Order

Chief Judge Easterbrook's statement issued on May 10, 2013, is amended as follows:

Page 32, line 13, "*Begay* and *Engel*" should be "*Bousley* and *Engel*";

Page 32, line 25, "*Begay* and *Engel*" should be "*Bousley* and *Engel*";

Page 32, 2nd paragraph, line 1, "*Begay* has a proviso" should be "*Bousley* has a proviso"; and

Page 36, 1st full paragraph, "Even if *Begay* were constitutional, and this were Brown's first collateral attack" should be revised to begin: "Even if this were Brown's first collateral attack".